IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MELVIN DERELL BALDWIN GREEN,** | CASE NO. 2:26-cv-0803 CSK P |
| Plaintiff, | [PROPOSED] ORDER |
| *v.* | |
| **VILLANUEVA, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se.  On April 28, 2026, counsel for defendants Anthony Villanueva, Joe Mona, Anthony Castillo, and Ysidro Castillo filed a notice of intent to waive service.  (ECF No. 13.)  On May 28, 2026, the office of the Attorney General specially appeared in this matter on behalf of defendant Y. Castillo to request an extension of the deadline for defendant Y. Castillo to execute a service waiver.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  The motion for extension of time in which to execute a service waiver for defendant Y. Castillo  (ECF No. 14) is GRANTED.

2.  Defendant Y. Castillo shall have until June 11, 2026, to execute a waiver of service.

Dated:  June 1, 2026

_____

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE