IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MELVIN DERELL BALDWIN GREEN,**<br>Plaintiff,<br>**v.**<br>**VILLANUEVA, et al.,**<br>Defendants. | No. 2:26-cv-00803-CSK<br>**ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER**<br>Judge: Hon. Chi Soo Kim<br>Trial Date: Not set<br>Action Filed: March 9, 2026 |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff's motion for extension of time and defendants' motion to modify the Court's scheduling order are before the Court. (ECF Nos. 24, 29.) As discussed below, the motions are granted.

I. BACKGROUND

This case proceeds on plaintiff's complaint alleging that defendants A. Villanueva, Moua, Constillo, and Y. Castillo, used excessive force on plaintiff on March 12, 2026, at Mule Creek State Prison, in violation of plaintiff's Eighth Amendment rights. (ECF Nos. 1, 5.)

On July 8, 2026, this Court issued a discovery and scheduling order, setting the discovery deadline for November 6, 2026, and the pretrial motions deadline for January 29, 2027. (ECF No. 22.) On September 8, 2026, plaintiff filed a request to extend the deadlines by 45 days each.

(ECF No. 24.) On October 29, 2026, defendants filed a motion for 60-day extension of time of the discovery and pretrial motions deadlines. (ECF No. 29.) Defendants request that the discovery deadline be extended for the sole purpose of allowing plaintiff to respond to defendants' written discovery requests and for defendants to file a motion to compel, if necessary. (ECF No. 29-1 at 1-2.) In addition, defendants ask the Court to extend the dispositive motions deadline by 60 days, to March 29, 2027. (Id. at 3.)

## II. GOVERNING STANDARDS

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

## III. DISCUSSION

Plaintiff demonstrated good cause to extend the deadlines by 45 days based on his prison's lockdown and his inability to attend the law library. Thereafter, plaintiff was moved to a different prison, and his initial draft responses to defendants' written discovery requests were misplaced. The written discovery requests were re-served on plaintiff on October 28, 2026. (ECF No. 29-1 at 5.) Therefore, plaintiff shall respond to the written discovery requests on or before December 4, 2026.

Defendants timely moved to extend the discovery and pretrial motions deadlines. At plaintiff's deposition, plaintiff and defendants conferred, and plaintiff does not oppose the modifications sought by defendants. (ECF No. 29-1 at 2.) Defendants have shown good cause to modify the scheduling order. It does not appear that plaintiff will be prejudiced by this extension considering he needed additional time to respond to the written discovery requests.

///

///

## IV. CONCLUSION

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (ECF No. 24) is granted.
2. Plaintiff shall respond to defendants' written discovery requests on or before December 4, 2026.
3. Defendants' motion to modify the scheduling order (ECF No. 29) is granted.
4. The discovery deadline is extended to January 6, 2027, for the sole purpose of allowing plaintiff to respond to defendants' written discovery requests and for defendants to file a motion to compel, if necessary.
5. The pretrial motions deadline is extended to March 29, 2027. In all other respects, the July 8, 2026 discovery and scheduling order (ECF No. 22) remains in effect.

Dated: November 4, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/gree0803.16b